# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5476**                  **September Term, 2025**

**1:25-cv-00946-CKK**

**Filed On: January 2, 2026** [2152662]

League of United Latin American Citizens, et al.,

       Appellees

    v.

Executive Office of the President, et al.,

       Appellants

Republican National Committee,

       Appellee

------------------------------

Consolidated with 25-5478

# **O R D E R**

The notices of appeal were filed on December 23, 2025 and December 24, 2025, and docketed in this court on December 31, 2025. It is, on the court's own motion,

**ORDERED** that these cases be consolidated. It is

**FURTHER ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 2, 2026 |
| Docketing Statement Form | February 2, 2026 |
| Entry of Appearance Form (Attorneys Only) | February 2, 2026 |
| Procedural Motions, if any | February 2, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 2, 2026 |
| Statement of Issues to be Raised | February 2, 2026 |
| Transcript Status Report | February 2, 2026 |
| Underlying Decision from Which Appeal Arises | February 2, 2026 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5476**                                                     **September Term, 2025**

| | |
|---|---|
| Dispositive Motions, if any | February 17, 2026 |

It is

      **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 2, 2026 |
| Entry of Appearance Form (Attorneys Only) | February 2, 2026 |
| Procedural Motions, if any | February 2, 2026 |
| Dispositive Motions, if any | February 17, 2026 |

It is

      **FURTHER ORDERED** that appellants submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellants are directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in these cases be deferred pending further order of the court.

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                                    BY:    /s/
                                                    Scott H. Atchue
                                                    Deputy Clerk

The following forms and notices are available on the Court's website:

      Civil Docketing Statement Form
      Entry of Appearance Form
      Transcript Status Report Form
      Request to Enter Appellate Mediation Program (Optional)
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases (Optional)