# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

    *Plaintiffs-Appellees*,

DEMOCRATIC NATIONAL COMMITTTEE, *et al.*,

    *Consolidated-Plaintiffs-Appellees*,

LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*,

    *Consolidated-Plaintiffs-Appellees*,

    v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

    *Defendants-Appellants*.

Case No. 25-5476

---

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

    *Plaintiffs-Appellees*,

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTTEE, *et al.*, <br><br> *Consolidated-Plaintiffs-Appellees*, <br><br> LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> *Consolidated-Plaintiffs-Appellees*, <br><br> v. <br><br> REPUBLICAN NATIONAL COMMITTEE, <br><br> *Defendant-Intervenor-Appellant*. | Case No. 25-5478 |

### CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Cir. Rule 28(a)(1), the undersigned counsel certifies as follows:

**A. Parties and Amici**

Appellants:

- Executive Office of the President;

- United States Election Assistance Commission;

- Brianna Schletz, in her official capacity as Executive Director of the United States Election Assistance Commission;

- Donald Palmer in his official capacity as Commissioner and Chairman of the United States Election Assistance Commission;

- Thomas Hicks, in his official capacity as Commissioner and Vice-Chair of the United States Election Assistance Commission;

- Christy McCormick, in her official capacity as Commissioner of the United States Election Assistance Commission;

- Benjamin Hovland, in his official capacity as Commissioner of the United States Election Assistance Commission;

- U.S. Department of Justice;

- Pamela J. Bondi, in her official capacity as Attorney General of the United States;

- U.S. Department of Defense;

- Peter B. Hegseth, in his official capacity as United States Secretary of Defense;

- Federal Voting Assistance Program;

- J. Scott Wiedmann, in his official capacity as Director of the Federal Voting Assistance Program.

Additional Defendants:

- Donald J. Trump, in his official capacity as President of the United States;

- U.S. DOGE Service;

- U.S. Department of State;

- U.S. Department of Homeland Security;

- U.S. Department of Veterans Affairs;

- U.S. Small Business Administration;

- U.S. Department of the Interior;

- Social Security Administration;

- Amy Gleason, in her official capacity as Acting DOGE Administrator;

- Marco Rubio, in his official capacity as Secretary of State;

- Kristi Noem, in her official capacity as Secretary of Homeland Security;

- Douglas A. Collins, in his official capacity as Secretary of Veterans Affairs;

- Kelly Loeffler, in her official capacity as Administrator of the U.S. Small Business Administration;

- Doug Burgum, in his official capacity as Secretary of the Interior;

- Leland Dudek, in his official capacity as Acting Commissioner of Social Security Administration.

Appellant-Intervenors: Republican National Committee.

"LULAC Appellees":

- League of United Latin American Citizens;

- Secure Families Initiative;

- Arizona Students' Association.

<u>"Democratic Party Appellees"</u>:

- Democratic National Committee;
- Democratic Governors Association;
- DSCC;
- DCCC;
- U.S. Senate Minority Leader Charles E. Schumer;
- U.S. House of Representatives Leader Hakeem S. Jeffries.

<u>"League Appellees"</u>:

- League of Women Voters Education Fund;
- League of Women Voters of the United States;
- League of Women Voters of Arizona;
- Hispanic Federation;
- National Association for the Advancement of Colored People;
- OCA – Asian Pacific American Advocates;
- Asian and Pacific Islander American Vote.

<u>Amicus Curaie</u>: Constitutional Accountability Center.

<u>Amicus Curaie</u>: Bipartisan Former Secretaries of State.

<u>Amicus Curaie</u>:

- Restoring Integrity and Trust in Elections, Inc.;
- Republican Party of Arizona, LLC.

<u>Amicus Curaie</u>: Lawyers Defending American Democracy, Inc.

<u>Amicus Curaie</u>: Robert Thomas Peterson.

### B. Rulings Under Review

The ruling under review was entered in *League of Latin American Citizens v. Executive Office of the President*, No. 1:25-cv-00946-CKK (D.D.C. Oct. 31, 2025) by the Honorable Judge Colleen Kollar-Kotelly. It is a Memorandum Opinion and Order granting LULAC Plaintiffs' Partial Motion for Summary Judgment, granting League Plaintiffs' Motion for Partial Summary Judgment, and granting Democratic Party Plaintiffs' Partial Motion for Partial Summary Judgment and permanently enjoining any action to implement or give effect to Section 2(a) of Executive Order No. 14,248. The district court's opinion has not been assigned a citation in the Federal Supplement but is available on Westlaw. *See League of Latin Am. Citizens v. Exec. Off. of the President*, No. 1:25-cv-00-946-CKK, 2025 WL 3042704 (D.D.C. Oct. 31, 2025).

### C. Related Cases

This case has not previously been before this Court. A parallel appeal arising out of the same issue was consolidated with this case. *See League of Latin American Citizens v. Executive Office of the President*, No. 25-5478 (D.C. Cir. Dec. 31, 2025). Additionally, counsel are aware of the following cases which involve an overlapping set of defendants and raise similar issues to this case:

- *California v. Trump*, 786 F. Supp. 3d 359 (D. Mass. 2025), *appeal filed*, *State of California v. Trump*, No. 25-1726 (1st Cir. Aug. 1, 2025);

- *League of Women Voters v. U.S. Department of Homeland Security*, No. 1:25-cv-03501-SLS (D.D.C. Sept. 30, 2025).

Dated: February 2, 2026

Respectfully submitted,

*/s/ Aria C. Branch*
**ELIAS LAW GROUP LLP**
Marc E. Elias (D.C. Cir. 43320)
Aria C. Branch (D.C. Cir. 63057)
Lalitha D. Madduri (D.C. Cir. 66802)
Christopher D. Dodge (D.C. Cir. 65332)
Jacob D. Shelly (D.C. Cir. 65676)
Harleen K. Gambhir (DC 1781869)*
James J. Pinchak (DC 90034756)*
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652

Tyler L. Bishop (D.C. Cir. 64981)
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177

*Application for admission forthcoming*

*Counsel for Democratic Party Plaintiffs-Appellees*

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs-Appellees*, <br><br> DEMOCRATIC NATIONAL COMMITTTEE, *et al.*, <br><br> *Consolidated-Plaintiffs-Appellees*, <br><br> LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> *Consolidated-Plaintiffs-Appellees*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> *Defendants-Appellants*. | Case No. 25-5476 |

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

*Plaintiffs-Appellees*,

|  |
|---|
| DEMOCRATIC NATIONAL COMMITTTEE, *et al.*, <br><br> *Consolidated-Plaintiffs-Appellees*, <br><br> LEAGUE OF WOMEN VOTERS EDUCATION FUND, *et al.*, <br><br> *Consolidated-Plaintiffs-Appellees*, <br><br> v. <br><br> REPUBLICAN NATIONAL COMMITTEE, <br><br> *Defendant-Intervenor-Appellant*. |

Case No. 25-5478

## **RULE 26.1 DISCLOSURE STATEMENT**

The undersigned counsel of record for Appellees Democratic National Committee, Democratic Governors Association, DSCC, and DCCC, certifies that to the best of my knowledge and belief, none the aforementioned Appellees have parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

Dated: February 2, 2026              Respectfully submitted,

/s/ *Aria C. Branch*
**ELIAS LAW GROUP LLP**
Marc E. Elias (D.C. Cir. 43320)
Aria C. Branch (D.C. Cir. 63057)
Lalitha D. Madduri (D.C. Cir. 66802)
Christopher D. Dodge (D.C. Cir. 65332)
Jacob D. Shelly (D.C. Cir. 65676)
Harleen K. Gambhir (DC 1781869)*
James J. Pinchak (DC 90034756)*
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652

Tyler L. Bishop (D.C. Cir. 64981)
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177

*Application for admission forthcoming*

*Counsel for Democratic Party Plaintiffs-Appellees*

# CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I electronically filed the foregoing document with the Clerk of the Court of the United States Court of Appeals for the District of Columbia using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: February 2, 2026

*/s/ Aria C. Branch*
**ELIAS LAW GROUP LLP**
Aria C. Branch (D.C. Cir. 63057)

*Counsel for Democratic Party Plaintiffs-Appellees*