# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5476**

**September Term, 2025**

**1:25-cv-00946-CKK**

**Filed On: June 1, 2026** [2175953]

League of United Latin American Citizens,
et al.,

      Appellees

    v.

Executive Office of the President, et al.,

      Appellants

Republican National Committee,

      Appellee

----------------------------

Consolidated with 25-5478, 26-5098,
26-5099, 26-5102, 26-5182

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:   /s/
          Francis A. Walter
          Deputy Clerk